# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. 1:19-mj-193-01-AJ
)
The office/workspace assigned to Amaro Goncalves, at Sig Sauer, Inc., 72 Pease )
Blvd, Newington, NH, including Mr. Goncalves's office/workspace, any )
electronic devices in that space, and any information locally stored on those )
devices

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

The office/workspace assigned to Amaro Goncalves, at Sig Sauer, Inc., 72 Pease Blvd, Newington, NH, including Mr. Goncalves's office/workspace, any electronic devices in that space, and any information locally stored on those devices. See attachments A3 and B3.

located in the _____ District of __New Hampshire__, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachments A3 and B3 (attached and incorporated herein).

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 | Wire Fraud |
| 18 U.S.C. § 1957 | Money Laundering |

The application is based on these facts:
Please see attached affidavit.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Sara Albert
*Applicant's signature*

SA Sara Albert, Department of Defense
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/23/2019

*Andrea K. Johnstone*
*Judge's signature*

City and state: Concord, New Hampshire

Andrea K. Johnstone, U.S. Magistrate Judge
*Printed name and title*