AO 93 (Rev. 11/13) Search and Seizure Warrant

**SEALED DOCUMENT**

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

2019 SEP 26 P 4: 06

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 1:19-mj- 193-01-AJ
The office/workspace assigned to Amaro Goncalves, at Sig Sauer, Inc., )
72 Pease Blvd, Newington, NH, including Mr. Goncalves's office/ )
workspace, any electronic devices in that space, and any information )
locally stored on those devices )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ New Hampshire _____
*(identify the person or describe the property to be searched and give its location)*:

The office/workspace assigned to Amaro Goncalves, at Sig Sauer, Inc., 72 Pease Blvd, Newington, NH, including Mr. Goncalves's office/workspace, any electronic devices in that space, and any information locally stored on those devices, a detailed description of which is contained in a Attachments A3 and B3 to the Affidavit attached and incorporated herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B3 (attached and incorporated herein).

**YOU ARE COMMANDED** to execute this warrant on or before _____ October 7, 2019 _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Andrea K. Johnstone, U.S. Magistrate Judge _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____

Date and time issued: 09/23/2019 ~~0:00 am~~ 5:10pm          _Andrea K. Johnstone_
                                                              Judge's signature

City and state: Concord, New Hampshire                        Andrea K. Johnstone, U.S. Magistrate Judge
                                                              *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 1:19-mj- | Date and time warrant executed: 9/24/19 930 AM | Copy of warrant and inventory left with: Tim LaChance |
| Inventory made in the presence of: Tim Laccenzo |||
| Inventory of the property taken and name of any person(s) seized: <br><br> SEE ATTACHED INVENTORY |||

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/24/19

_____
Executing officer's signature

ALEXANDER A. MINIS, SPECIAL AGENT
Printed name and title

## Inventory of Items Seized

Date: Sept. 24, 2019
Location: 'SIG' SAUER OFFICE. Room A

| # | Item Seized | Seized From (Person/Room/Vehicle) | Seizing Officer (Initials) |
|---|---|---|---|
| LI 001 | 'SIG SAUER' THUMB DRIVES (5) | DESKTOP | JM |
| LI 002 | 'HARRIS' THUMB DRIVE (1) | DESKTOP | JM |
| LI 003 | 'KANGURU' THUMB DRIVE (1) | DESKTOP | JM |
| 004 | MISC. DOCUMENTS #L1524037 | CABINET (Left) | ZH |
| 005 | BUSINESS CARDS #A5197256 | Shelf Behind Desk | ZH |
| 006 | NOTE BOOKS (5) #L1524039 | Shelf Behind Desk | DP |
|  | BUSINESS CARD BINDER (1) | Shelf Behind Desk | DP |
| 007 | DOS DOCUMENT (1 page) #A4289462 | Shelf Behind Desk | DP |
| 008 | CONFIDENTIAL Phone list Card (1) #A5197255 | Shelf Behind Desk | DP |
| 009 | MISC. DOCUMENTS #L1524038 | Middle Drawer | DP |
| 010 | Green File Folders Containing Misc Docs #L1524036 | Top File Cabinet Drawer | DP |
| 011 | Green/Yellow Folders Containing Misc. Docs #L1524040 | DESKTOP | ZH |

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

4962804

# CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. | | 2. Incident No. | |
|---|---|---|---|
| 3. Investigative Case No. M F 0 3 B R 1 8 M F 0 0 0 1 | | 4. Enforce No. | |
| 5. Prior Detention? Yes ☐ No ☐ If yes, CBP 6051D No. ___ | | 6. Date Seized (mm/dd/yyyy) 09/24/2019 | 7. Time Seized (Use 24 Hrs) 1625 HRS | 8. FDIN/Misc. |

9. Seized From:
Name: AMARO GONCALVES
Address: SIG SAUER (OFFICE)
72 PEASE BLVD, NEWINGTON, NH
Telephone No. ( )  Ext:

10. Entry No.

11. Seal or Other ID Nos.
SEE BELOW

12. Remarks:
LI 004 PEB L1524037    LI 008    LI 010
005 PEB A5197256    067 A4257462 L1524036
006 PEB L1524039    003 A5197255 LI 011
    007 L1524038 L1524040

13. Send Correspondence to:

### 14. PROPERTY (By Line Item) Attach CBP Form 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. UM | e. Est. Dom. Value |
|---|---|---|---|---|---|
| 004 | MISC. DOCUMENTS | 1 | PEB | | $ JVCV |
| 005 | BUSINESS CARDS | 1 | BAG | | $ |
| 006 | NOTEBOOKS / BUSINESS CARD BINDER | 1 | BAG | | $ |
| 007 | Dept. OF STATE DOCUMENT | 1 | BAG | | $ |
| 008 | CONFIDENTIAL PHONE LIST (AND) | 1 | BAG | | $ |
| 009 | MISC. DOCUMENTS | 1 | BAG | | $ |

15. Seizing Officer
Print Name: ALEXANDER A. MIRIS
Signature: X [signature]
Date: 9/24/19

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 004-011 | AS ABOVE | Ben Hochberger SA/DCIS Boston | [signature] | 9/24/19 |
| | | | | |
| | | | | |
| | | | | |

CBP Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

CBP Retains Original

CBP Form 6051S (03/04)

**CUSTODY RECEIPT FOR DETAINED OR SEIZED PROPERTY**
Handbook 5200-09

**Continuation Sheet**

1. Page 1 of 1
2. CBP-6051S or D No. 4962304

| 3. FPF No. | 4. Investigative Case No. or IA File No. MF03BR18MF0001 |
|---|---|

### 5. PROPERTY (By Line Item) Attach CBP-58 if conveyance — FOR DETENTIONS ONLY

| a. Line Item No. | b. Description | c. Packages Number | c. Packages Type | d. Measurements Qty. | d. Measurements UM | e. Est. Dom. Value | f. Samples sent to the CBP Lab Yes or No | f. Date |
|---|---|---|---|---|---|---|---|---|
| 010 | Green File Folders | 1 | BAG | | | $ | Yes☐ No☐ | / / |
| 011 | Green/Yellow Folders | 1 | BAG | | | $ | Yes☐ No☐ | / / |
| | | | | | | $ | Yes☐ No☐ | / / |
| | | | | | | $ | Yes☐ No☐ | / / |
| | | | | | | $ | Yes☐ No☐ | / / |
| | | | | | | $ | Yes☐ No☐ | / / |
| | | | | | | $ | Yes☐ No☐ | / / |
| | | | | | | $ | Yes☐ No☐ | / / |
| | | | | | | $ | Yes☐ No☐ | / / |
| | | | | | | $ | Yes☐ No☐ | / / |

### 6. ACCEPTANCE/CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| | | | | |